# EXHIBIT "A"

# UNITED FIRE GROUP

## Active Vehicles listed on Policy Number 60522465, A-ONE LEASING LLC

Agent: 630184 PRIME SERVICE AGENCY LLC

| Veh# | Year | Make | Model | VIN | Class | Cost | Radius | ST | OTC | Collision |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 2008 | MACK | CXU613 TRUCK | 1M1AW09Y48N002036 | 050472 | $120,000 | 0100 | NJ | $3,000 | $3,000 |
| 003 | 2005 | MACK | CV713 TRUCK | 1M2AG11C65M021882 | 040472 | $114,000 | 0100 | NJ | $3,000 | $3,000 |
| 004 | 2011 | VOLVO | TRUCK TRACTOR | 4V4NC9TH3BN294071 | 050472 | $131,000 | 0100 | NJ | $3,000 | $3,000 |
| 005 | 2003 | MACK | TRUCK TRACTOR | 1M2AG11CX3M007545 | 040472 | $112,000 | 0100 | NJ | $3,000 | $3,000 |
| 006 | 2013 | MACK | TRUCK TRACTOR | 1M1AW09YXDM030553 | 036472 | $167,000 | 0100 | NJ | $3,000 | $3,000 |
| 007 | 2007 | MACK | TRUCK TRACTOR | 1M2AG11C97M061067 | 040472 | $131,000 | 0100 | NJ | $3,000 | $3,000 |
| 008 | 1999 | TRANSCRAFT | TRAILER | 1TTF48204X1060544 | 067472 | $15,000 | 0100 | NJ | $1,000 | $1,000 |
| 009 | 1995 | DORSEY | DUMP TRAILER | 1DTD18E20SP037431 | 067472 | $27,500 | 0100 | NJ | $1,000 | $1,000 |
| 010 | 1996 | FONTAINE | FLAT BED TRLR | 13N145301T1572917 | 067472 | $15,000 | 0100 | NJ | $1,000 | $1,000 |
| 011 | 1999 | TRANSCRAFT | TRAILER | 1TTF45206X2003853 | 067472 | $15,000 | 0100 | NJ | $1,000 | $1,000 |
| 012 | 1999 | TRANSCRAFT | TRAILER | 1TTF45202X2003851 | 067472 | $15,000 | 0100 | NJ | $1,000 | $1,000 |
| 013 | 1999 | TRANSCRAFT | TRAILER | 1TTF45200X2003329 | 067472 | $15,000 | 0100 | NJ | $1,000 | $1,000 |
| 014 | 1999 | TRANSCRAFT | TRAILER | 1TTF45205X2003326 | 067472 | $15,000 | 0100 | NJ | $1,000 | $1,000 |
| 015 | 2005 | FONTAINE | FLAT BED TRLR | 13N1482C251530353 | 067472 | $15,000 | 0100 | NJ | $1,000 | $1,000 |
| 016 | 2012 | DIRECT | TRAILER | 5UJFS4827CE001518 | 067472 | $18,000 | 0100 | NJ | $1,000 | $1,000 |
| 017 | 2012 | DIRECT | TRAILER | 5UJFS4825CE001520 | 067472 | $18,000 | 0100 | NJ | $1,000 | $1,000 |
| 018 | 2012 | DIRECT | TRAILER | 5UJFS4829CE001522 | 067472 | $18,000 | 0100 | NJ | $1,000 | $1,000 |
| 019 | 2012 | DIRECT | TRAILER | 5UJFS4826CE001512 | 067472 | $18,000 | 0100 | NJ | $1,000 | $1,000 |
| 020 | 2012 | DIRECT | TRAILER | 5UJFS4828CE001513 | 067472 | $18,000 | 0100 | NJ | $1,000 | $1,000 |
| 021 | 2012 | DIRECT | TRAILER | 5UJFS4825CE001517 | 067472 | $18,000 | 0100 | NJ | $1,000 | $1,000 |
| 022 | 2013 | FONTAINE | FLAT BED TRLR | 13N1482C4D1559545 | 067472 | $27,500 | 0100 | NJ | $1,000 | $1,000 |
| 023 | 2013 | FONTAINE | FLAT BED TRLR | 13N1482C9D1557127 | 067472 | $27,500 | 0100 | NJ | $1,000 | $1,000 |
| 024 | 2013 | FONTAINE | FLAT BED TRLR | 13N1482C0D1557131 | 067472 | $24,000 | 0100 | NJ | $1,000 | $1,000 |
| 025 | 2000 | MANAC | FLAT BED TRLR | 2M5121469Y1073644 | 067472 | $15,000 | 0100 | NJ | $1,000 | $1,000 |
| 026 | 1993 | DDORSEY | TRAILER | 1DTP16Z28PP032545 | 067472 | $10,000 | 0100 | NJ | $1,000 | $1,000 |
| 027 | 1990 | WABASH | TRAILER | 1JJF45262LL148321 | 067472 | $5,500 | 0100 | NJ | $1,000 | $1,000 |
| 028 | 2007 | FONTAINE | TRAILER | 13N1452C671543527 | 067472 | $24,000 | 0100 | NJ | $1,000 | $1,000 |
| 029 | 2008 | FONTAINE | TRAILER | 13N1452C581546226 | 067472 | $24,000 | 0100 | NJ | $1,000 | $1,000 |
| 030 | 2014 | FONTAINE | TRAILER | 13N1482C0E1563481 | 067472 | $28,900 | 0100 | NJ | $1,000 | $1,000 |
| 031 | 2014 | FONTAINE | TRAILER | 13N1482C6E1563484 | 067472 | $28,900 | 0100 | NJ | $1,000 | $1,000 |
| 032 | 2019 | MACK | TRUCK TRACTOR | 1M1AN4GY4KM001253 | 050472 | $138,000 | 0100 | NJ | $3,000 | $3,000 |
| 033 | 2019 | MACK | TRUCK TRACTOR | 1M1AN4GYBKM001255 | 050472 | $138,000 | 0100 | NJ | $3,000 | $3,000 |
| 034 | 2019 | MACK | TRUCK TRACTOR | 1M1AN4GYXKM001256 | 050472 | $138,000 | 0100 | NJ | $3,000 | $3,000 |
| 035 | 2012 | MACK | TRUCK TRACTOR | 1M1AW09Y6CM020228 | 050472 | $150,000 | 0100 | NJ | $3,000 | $3,000 |
| 036 | 1996 | DORSEY | TRAILER | 1DTP86226TG050029 | 068472 | $6,100 | 0100 | NJ | $1,000 | $1,000 |
| 037 | 2000 | GREAT DANE | TRAILER | 1GRDM9622YM007612 | 068472 | $9,550 | 0100 | NJ | $1,000 | $1,000 |
| 038 | 2019 | KENWORTH | TRUCK TRACTOR | 1XKZDP9X3KJ248569 | 050472 | $168,847 | 0100 | NJ | $3,000 | $3,000 |
| 039 | 2008 | INTERNATIONAL | TRUCK TRACTOR | 1HSHXSBR28J645221 | 050472 | $75,000 | 0100 | NJ | $2,000 | $2,000 |
| 040 | 2011 | INTERNATIONAL | TRUCK TRACTOR | 1HSCUSJR8BJ334257 | 050472 | $80,000 | 0100 | NJ | $2,000 | $2,000 |
| 041 | 2017 | MANAC | TRAILER | 5MC124813H5165414 | 067472 | $29,500 | 0100 | NJ | $1,000 | $1,000 |
| 042 | 2005 | DODGE | DAKOTA | 1D7HE22K05S353287 | 001472 | $19,800 | 0100 | NJ | $1,000 | $1,000 |
| 043 | 2017 | RAM | 2500 P/U | 3C6MR5AJ7HG590644 | 001472 | $33,000 | 0100 | NJ | $1,000 | $1,000 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 044 | 2018 | RAM | 2500 TRUCK | 3C6UR5HJ2JG396065 | 001499 | $51,610 | 0100 | NJ | $1,000 | $1,000 |
| 045 | 2017 | MACK | TRUCK TRACTOR | 1M1AW09Y5HM078807 | 050449 | $44,948 | 0100 | NJ | $2,000 | $2,000 |
| 046 | 2017 | MACK | TRUCK TRACTOR | 1M1AW09Y3HM078806 | 050449 | $44,948 | 0100 | NJ | $2,000 | $2,000 |
| 047 | 2012 | INTERNATIONAL | PROSTAR TRUCK | 1HSDJSJR8CJ672790 | 040449 | $40,000 | 0100 | NJ | $1,000 | $1,000 |
| 048 | 2017 | MACK | TRUCK TRACTOR | 1M1AW09Y5HM081383 | 050449 | $45,895 | 0100 | NJ | $1,000 | $1,000 |
| 049 | 2019 | MACK | ANTHEM TRUCK | 1M1AN4GY7KM007287 | 036449 | $142,000 | 0100 | NJ | $3,000 | $3,000 |
| 050 | 2020 | UTILITY | TRAILER | 1UYFS2481L5038006 | 068472 | $32,500 | 0100 | NJ | $1,000 | $1,000 |
| 051 | 2020 | UTILITY | TRAILER | 1UYFS2483L5038007 | 068472 | $32,500 | 0100 | NJ | $1,000 | $1,000 |
| 052 | 2020 | UTILITY | TRAILER | 1UYFS2485L5038008 | 068472 | $32,500 | 0100 | NJ | $1,000 | $1,000 |
| 053 | 2018 | UTILITY | TRAILER | 1UYFS2487J5259106 | 068472 | $29,500 | 0100 | NJ | $1,000 | $1,000 |
| 054 | 2020 | UTILITY | TRAILER | 1UYFS2483L5992904 | 068472 | $30,000 | 0100 | NJ | $1,000 | $1,000 |
| 055 | 2020 | UTILITY | TRAILER | 1UYFS2483L5992905 | 068472 | $30,000 | 0100 | NJ | $1,000 | $1,000 |
| 056 | 2020 | UTILITY | TRAILER | 1UYSF2483L5992906 | 068472 | $30,000 | 0100 | NJ | $1,000 | $1,000 |
| 057 | 2020 | UTILITY | TRAILER | 1UYFS2483L5992907 | 068472 | $30,000 | 0100 | NJ | $1,000 | $1,000 |
| 058 | 2020 | UTILITY | TRAILER | 1UYFS2483L5992908 | 068472 | $30,000 | 0100 | NJ | $1,000 | $1,000 |
| 059 | 2020 | UTILITY | TRAILER | 1UYFS2483L5992909 | 068472 | $30,000 | 0100 | NJ | $1,000 | $1,000 |
| 060 | 2015 | VOLVO | TRACTOR | 4V4MC9DG7FN192361 | 050489 | $110,000 | 0100 | NJ | $2,000 | $2,000 |
| 061 | 2015 | MACK | CXU613 TRUCK | 1M1AW09Y1FM045378 | 050472 | $150,000 | 0100 | NJ | $3,000 | $3,000 |
| 062 | 2019 | KENWORTH | T880 TRUCK | 1XKZDP9X5KJ247391 | 040472 | $165,000 | 0100 | NJ | $3,000 | $3,000 |
| 063 | 2015 | MACK | CXU613 TRUCK | 1M1AE09Y7FM045370 | 050472 | $120,000 | 0100 | NJ | $3,000 | $3,000 |
| 064 | 2015 | MACK | CXU613 TRUCK | 1M1AW09YXFM045363 | 050472 | $120,000 | 0100 | NJ | $3,000 | $3,000 |