LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
Formed in the State of PA
Regina Cohen
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

**ATTORNEY FOR MOVANT: ALLY CAPITAL**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### *CAMDEN DIVISION*

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-18807-JNP |
| | § | |
| A-ONE LEASING, LLC, Debtor | § | CHAPTER 7 |

### CERTIFICATION IN SUPPORT OF MOTION

The undersigned, a duly authorized representative for Ally Capital ("Movant"), does hereby certify that:

1. I, _PAUL TANGEN_, am employed by AIS Portfolio Services, LLC, the Bankruptcy Servicer and Custodian of Records for Ally Capital and am familiar with the account which the Movant maintains for the Debtor A-One Leasing, LLC, and I am authorized to make this Certification.

2. On or about April 08, 2019, Debtor A-One Leasing, LLC entered into a Retail Installment Sales Contract ("Contract") involving a loan in the amount of $47,426.27 for the purchase of a 2018 Ram Ram 2500 Crew Cab Tradesman 4WD 6.4L V8.

3. The vehicle secured by the Contract has V.I.N. 3C6UR5HJ2JG396065. See copy of Contract attached hereto and marked as Exhibit "A".

4. The Movant is the assignee of the Contract.

5. The Movant is the only lien holder of record with regard to the vehicle. See copy of the Certificate of Title attached hereto and marked as Exhibit "B".

6. The above-described vehicle is encumbered by a lien in favor of the Movant; the account has a

payoff in the amount of $28,912.89, plus other appropriate charges through September 19, 2023, though subject to change. The regular monthly payment is $856.61 at an interest rate of 8.940%.

7. Pursuant to the provisions of the Contract, the Debtor A-One Leasing, LLC has defaulted by failing to make payments and Movant is entitled to possession of the vehicle as a result of the default.

| | | |
|---|---|---|
| a. | Contract Date: | April 08, 2019 |
| b. | Date of Last Payment: | March 23, 2022 |
| c. | Amount of Last Payment: | $856.61 |
| d. | Last Payment Applied to Date: | Part. Feb. 2022 - Part. March 2022 |
| e. | Payment Amount: | $856.61 |
| f. | Balance as of September 19, 2023: | $28,912.89 |
| g. | Pre-Petition Arrears: | $6,167.59 |
| h. | Post-Petition Arrears: | $8,566.10 |
| i. | Other Fees and Charges | $0.00 |
| j. | Attorney's Fees and Costs: | $0.00 |
| | TOTAL DELINQUENCY | $14,733.69 |

8. The Eastern Edition of N.A.D.A. Official Used Car Guide indicates and adjusted retail value of $31,675.00. See copy of N.A.D.A. report and marked as Exhibit "C".

**I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I AM AWARE IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.**

DATED: 9/20/23

_____
Signature

PAUL TANGEN
_____

BANKRUPTCY RESOLUTION SPECIALIST
Title

**AMENDED AND RESTATED PURCHASE STATEMENT OF WORK 2**

For 3rd Party Bankruptcy Account Servicing

**Attachment D – APPOINTMENT AS A CUSTODIAN OF BUSINESS RECORDS**

AMENDED AND RESTATED PURCHASE STATEMENT OF WORK 2
For 3rd Party Bankruptcy Account Servicing

## APPOINTMENT AS A CUSTODIAN OF BUSINESS RECORDS

Ally Financial Inc., ("Ally") and AIS Portfolio Services, LP, ("AIS") entered into a Master Service Agreement ("Agreement") whereby AIS performs bankruptcy servicing and administration services for Ally at its direct or indirect subsidiaries. In conjunction with the Agreement, Ally hereby appoints AIS as a custodian Ally's and its direct or indirect subsidiaries' business records for specific accounts in bankruptcy that are referr to AIS for servicing. AIS accepts such appointment and agrees to perform the duties and responsibilities as custodi of the business records as set forth herein and in accordance with the Agreement.

The Agreement provides that Ally shall deliver/make available to AIS all information and supporti documentation necessary for the referred accounts to be serviced in bankruptcy, and AIS shall control the proce for maintenance and storage of the information and supporting documentation during the life of the representati in accordance with the Agreement. As the servicer of referred bankruptcy accounts for Ally and its direct or indire subsidiaries, AIS will utilize the information provided to complete any affidavit and/or declaration required authenticate the financial status of the referred account.

The scope of this appointment is limited to referred accounts that are in bankruptcy during the term representation for the specific account. Upon termination of AIS' representation on a referred bankruptcy accoun in addition to any other obligations under the Agreement, AIS will return all information and supporti documentation in its control to Ally and shall relinquish its obligations as a custodian.

Dated: 12/1/2020

BY: _____
Name: Laura Miller
Title: Director, Supply Chain

State of NC
County of MECKLENBURG

Subscribed and sworn to (or affirmed) before me on this 1st day of Dec., 20 20, by LAURA MILLER

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

**AMENDED AND RESTATED PURCHASE STATEMENT OF WORK 2**
For 3rd Party Bankruptcy Account Servicing

Signature: _[signature]_

[Notary seal: GENESIS M VINDEL, NOTARY PUBLIC, MECKLENBURG COUNTY, NC]

**ACKNOWLEDGMENT**

_[illegible acknowledgment text]_
of records.

Dated: 9/28/20

BY: _[signature]_
Name: C[illegible]
Title: VICE PRESIDENT

State of: New Jersey
County of: Gloucester

Subscribed and sworn to (or affirmed) before me on this 28th day of _____, 2020, by Christopher _____
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

[Notary stamp: JESSICA L LEONARDO, Notary Public – State of New Jersey, My Commission Expires Sep 29, 2024]

Signature: _Jessica Leonardo_