| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. 9004-1(b)<br><br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>Formed in the State of PA<br>Regina Cohen<br>Suite 500 190 North Independence Mall West 6th & Race Streets<br>Philadelphia, PA 19106<br>Tel: (215) 351-7551<br>Fax: (215) 627-2551<br>E-mail: RCohen@lavin-law.com<br>Attorney for Movant | Order Filed on October 17, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>**A-ONE LEASING, LLC, Debtor** | Case No.: 22-18807-JNP<br><br>Judge: Jerrold N. Poslusny Jr. |

## ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED.**

**DATED: October 17, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

| | |
|---|---|
| Debtor: | A-One Leasing, LLC |
| Case No.: | 22-18807-JNP |
| Caption of Order: | Order Vacating Stay as To Collateral |

Upon consideration of Ally Capital's Motion for an Order Vacating the Automatic Stay as to certain collateral hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the collateral described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The movant shall serve this order on the Debtor, any trustee and any other party who entered an appearance on the motion.

☒ Collateral more fully described as:

**2018 Ram Ram 2500 Crew Cab Tradesman 4WD 6.4L V8**
**V.I.N. 3C6UR5HJ2JG396065**