UNITED STATES BANKRUPTCY COURT
 FOR THE DISTRICT OF NEW JERSEY
_____
**Caption in Compliance with D.NJ. LBR 9004-1(b)**
E. Richard Dressel, Esquire (ED 1793)
Lex Nova Law LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorneys for Brian Thomas,
    Chapter 7 Trustee

In Re:

A-ONE LEASING, LLC,

                    Debtor.

Case No:          22-18807(JNP)

Chapter:                 7

Judge:          Jerrold N. Poslusny

Hearing Date:  June 11, 2024 @ 11:00 am

## NOTICE OF TRUSTEE MOTION FOR AN ORDER OF
## SUBSTANTIVE CONSOLIDATION WITH A-ONE WASTE SOLUTIONS

**PLEASE TAKE NOTICE THAT** on June 11, 2024 at 11:00 am or as soon thereafter as

counsel may be heard, Brian Thomas, the Chapter 7 Trustee, shall move before the Honorable Jerrold N.

Poslusny, U.S.B.J. at the Mitchell Cohen Courthouse, 400 Cooper Street, Camden, NJ 08101, Court

Room # 2, pursuant to sections 105(a) and 363 of Title 11 of the United States Code (11 U.S.C. §§ 101

et seq., the "Bankruptcy Code") and Rules 1015(b), 2002, 2009 and 6004 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") for the entry or an order of substantive consolidation of

the instant case with that of A-One Waste (docket no. 22-18808(JNP)) and granting any additional

related relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the undersigned

will rely on the Certification and Memorandum of Law submitted herewith pursuant to D.N.J.

#728291 v1

LBR 9013- l(a).

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, U.S. Post Office and Courthouse, 401 Market Street, Camden, New Jersey 08101, and served upon the Trustee's undersigned counsel at Lex Nova Law LLC, 10 E. Stow Road, Suite 250, Marlton, NJ 08053, not later than seven (7) days prior to the return date of the Motion.

**PLEASE TAKE FURTHER NOTICE** that if written opposition is not timely filed and served this Motion shall be deemed uncontested and the relief requested may be granted without the need for a hearing.

Dated:  May 17, 2024

/s/ E. Richard Dressel
Lex Nova Law LLC
10 E. Stow Road, Suite 250
Cherry Hill, NJ 08002
(856) 382-8211
Attorneys for Brian Thomas,
Chapter 7 Trustee

#728291 v1