UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.NJ. LBR 9004-1(b)**
E. Richard Dressel, Esquire (ED 1793)
Lex Nova Law LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorneys for Brian Thomas,
   Chapter 7 Trustee

In Re:

A-ONE LEASING, LLC,

          Debtors.

Case No:   22-18807(JNP)

Chapter:   7

Judge:   Jerrold N. Poslusny

Hearing Date: June 11, 2024 at 11:00 am

## ORDER OF SUBSTANTIVE CONSOLIDATION WITH A-ONE WASTE SOLUTIONS

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED.**

#728325 v1

Proposed Order    Page 2 of 3

(Page 2)

Debtor:          A-ONE LEASING, LLC
Case No.:      22-18807(JNP)
Order of Substantive Consolidation with A-One Waste Solutions
_____

THIS MATTER, having come before the Court upon the Motion ("Motion") of Brian Thomas, the Chapter 7 Trustee of the above debtor (the "Debtor") for the entry of this Order pursuant to 11 U.S.C. §§ 105(a) and 363, and other applicable sections of the United States Code and pursuant to Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure for the entry of an Order of substantive consolidation of the instant case with that of A-One Waste Solutions (docket no. 22-18808(JNP)) ("AOW"), and any evidence presented in support of the Motion, the Court having noted the arguments of counsel on the record at the hearing on the Motion and objections, if any, to the Motion having been either withdrawn or overruled; and it appearing that the relief requested in the Motion is in the best interests of the bankruptcy estate, and its creditors; and after due deliberation, it is hereby ORDERED as follows:

**1.**      The Motion shall be, and hereby is, GRANTED as set forth herein.

**2.**      Pursuant to 11 U.S.C §§ 105(a) and 363, the related case of A-One Waste Solutions (docket no. 22-18808 (JNP)) shall be, and hereby is, substantively consolidated with the instant case for purposes of this bankruptcy case *nunc pro tunc* to November 6, 2022, the petition date for each of the Debtor and AOW (together, the A-One Leasing, LLC and A-One Waste Solutions are collectively referred to as the "Debtors" and their respective Chapter 7 cases, as the "Cases").

**3.**      The Cases shall be jointly administered and substantively consolidated by the Court and by the Office of the United States Trustee.

**4.**      All deadlines previously established in the cases shall remain in full force and effect absent further order of this Court.

#728325 v1

(Page 3)

Debtor:    A-ONE LEASING, LLC
Case No.:    22-18807(JNP)
Order of Substantive Consolidation with A-One Waste Solutions
_____

**5.** The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters arising under, or in connection with the Cases and this Order.

**6.** The caption of the Cases shall be as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re:<br><br>A-ONE LEASING, LLC,<br><br>            DEBTOR. | Chapter 7<br><br>Case No.  22-18807 (JNP)<br><br>(Jointly Administered and Substantively Consolidated with A-One Waste Solutions (docket. no. 22-18808(JNP)) |
|---|---|

**7.** The Clerk of this Court be, and hereby is, directed to make a separate entry on the docket of A-One Waste Solutions (docket no. 22-18808(JNP)) as follows:

> An Order has been entered in this case consolidating this case with A-One Leasing, LLC (docket no. 22-18807(JNP) for procedural and substantive purposes, and providing for its joint administration in accordance with the terms thereof.  All further pleadings and other paperer are to be filed, and all further docket entries are to be made, in the case of  <u>In re A-One Leasing LLC</u>, Case No. 22-18807(JNP).

3

#728325 v1