Form 174 – ntchrgsubcon

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  22−18807−JNP
                    Chapter:  7
                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   A−One Leasing, LLC
   dba A−One Contracting
   2 Callison Lane
   Voorhees, NJ 08043

Social Security No.:

Employer's Tax I.D. No.:
   46−2677078

## NOTICE OF HEARING
## ON MOTION/APPLICATION FOR SUBSTANTIVE CONSOLIDATION

    A motion/application to consolidate the above−captioned case with the case(s) listed below has been filed with the Clerk of the United States Bankruptcy Court.

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the motion/application for Substantive Consolidation before the Honorable Jerrold N. Poslusny Jr. on:

Date:               June 11, 2024
Time:              11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

LEAD CASE NUMBER:        22−18807
CONSOLIDATED CASE NUMBER(S):        22−18808

Dated: May 20, 2024
JAN:

                                                        Jeanne Naughton
                                                        Clerk